**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timoteo RAMIREZ–MALDONADO,**
**Defendant–Appellant.**

No. 04–40749
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 13, 2007.

James Lee Turner, Assistant U.S. Attorney, Julia Bowen Stern, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This court affirmed the conviction and sentence of Timoteo Ramirez–Maldonado

---

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be

(Ramirez). *United States v. Ramirez–Maldonado,* 145 Fed.Appx. 55 (5th Cir. 2005). The Supreme Court vacated and remanded for further consideration in light of *Lopez v. Gonzales,* — U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006).

Ramirez has been deported. He therefore would not legally be able to attend any resentencing, as is required by FED. R. CRIM. P. 43, should this court remand his case. We are unable to grant Ramirez relief. His appeal is moot and is dismissed. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007).

APPEAL DISMISSED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR    R. 47.5.4.